# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Reish, et al., <br>     Appellants, <br> v. <br> Phoenix Heliparts Incorporated, et al., <br>     Appellees. | **NO. CV-20-00554-PHX-DLR** <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed October 6, 2020, the bankruptcy court's March 11, 2020 order is AFFIRMED. Judgment is entered in favor of Appellees and this action is hereby terminated.

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

October 6, 2020

                                              s/ S. Strong
                                    By   Deputy Clerk